Carl E. Forsberg
FORSBERG & UMLAUF, P.S.
901 Fifth Ave., Suite 1700
Seattle, WA 98164
Phone: (206) 689-8500
Fax: (206) 689-8501
e-mail: cforsberg@forsberg-umlauf.com

07-CV-05113-ORD

FILED _____ LODGED
_____ RECEIVED

OCT 20 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

SHEILA M. BLACKFORD and ERIC E. BLACKFORD,

    Plaintiffs,

vs.

SUSAN L. McCARTER and NORTHWESTERN LAKE RIDING STABLE, INC., a Washington corporation,

    Defendants.

No. C07-5113 RBL

**ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE MATTERS C07-5113 RBL AND C08-5387 BHS**

**(PROPOSED)**

THIS MATTER having come on duly and regularly before the Court in the above-entitled matter on the parties' Stipulated Motion to Consolidate Matters C07-5113 RBL and C08-5387 BHS, and the Court having reviewed the following:

1. Stipulated Motion to Consolidate Matters C07-5113 RBL and C08-5387 BHS;

2. Declaration of Nathan Furman in Support of Stipulated Motion to Consolidate Matters C07-5113 RBL and C08-5387 BHS, and all exhibits thereto;

3. _____; and

4. _____.

NOW THEREFORE, the Court being otherwise fully advised in the premises, it is hereby ORDERED ADJUDGED, AND DECREED that the instant motion is hereby

ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE MATTERS
C07-5113 RBL AND C08-5387 BHS – PAGE 1

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

382882 / 1120.0001

1 | GRANTED. Matters C07-5113 RBL and C08-5387 BHS are hereby CONSOLIDATED and
2 | the parties should adhere to the case schedule in C08-5387 BHS.

3 | DATED: October 20, 2008

*/s/ Ronald B. Leighton*
Judge Ronald B. Leighton

Presented by:

*/s/ Nathan Furman*
Carl E. Forsberg, WSBA #17025
Nathan L. Furman, WSBA #32381
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
Telephone: (206) 689-8500
Fax: (206) 689-8501
Email: cforsberg@forsberg-umlauf.com
Email: nfurman@forsberg-umlauf.com
Attorneys for Susan McCarter

ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE MATTERS
C07-5113 RBL AND C08-5387 BHS -- PAGE 2

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

382882 / 1120.0001